# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

160976(19)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ELMORE NICHOLS, JR.,
      Defendant-Appellant.

_____/

SC: 160976
COA: 351072
Wayne CC: 12-007351-FC

      On order of the Chief Justice, the motion of defendant-appellant to file an application for leave to appeal in excess of the page limitation is GRANTED. The 75-page application submitted on February 19, 2020, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2020



Clerk